FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 15 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO ANTHONY REYES,<br><br>        Petitioner,<br><br>  vs.<br><br>DARREL ADAMS, Acting Warden,<br><br>        Respondent. | Case No. CV 10-0149-PA (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT THEREFORE IS ORDERED that (1) petitioner's request for an evidentiary hearing is denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: November 14, 2011

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE