JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 15 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO ANTHONY REYES, | Case No. CV 10-0149-PA (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| DARREL ADAMS, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 14, 2011

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE